NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**OREN TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**PROPPANT EXPRESS INVESTMENTS LLC,**
**PROPPANT EXPRESS SOLUTIONS LLC,**
*Appellees*

———————————————

2022-1838

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00733.

———————————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    OREN TECHNOLOGIES, LLC V. PROPPANT EXPRESS
                                               INVESTMENTS LLC


(2)  Each side shall bear their own costs.



                                   FOR THE COURT

June 7, 2022
       Date                        /s/ Peter R. Marksteiner
                                   Peter R. Marksteiner
                                   Clerk of Court


**ISSUED AS A MANDATE:** June 7, 2022